In the Matter of JOSEPH P. McLAUGHLIN, Appellant, against WILLIAM WILSON, as Commissioner of the Department of Housing and Buildings of the City of New York, et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.